IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## INDICTMENT

**DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Philadelphia          County:   Philadelphia

City and State of Defendant:    Philadelphia, Pennsylvania

County:   Philadelphia          Register number:  N/A

Place of accident, incident, or transaction:       Eastern District of Pennsylvania

Post Office:  Philadelphia          County:    Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".
  Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

  YES/NO: No

  Case Number:  N/A          Judge: N/A

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ○ Antitrust
2. ○ Income Tax and other Tax Prosecutions
3. ○ Commercial Mail Fraud
4. ○ Controlled Substances
5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ● General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)
18 U.S.C. § 1344 (bank fraud – 1 count), 8 U.S.C. § 1028A (aggravated identity theft – 1 count), 18 U.S.C. § 1343 (wire fraud – 4 counts) and Notice of forfeiture

DATE:    9/21/2023            */s Anita Eve*
                  ANITA EVE
                  Assistant United States Attorney

File No. 2021R00005
**U.S. v. Kimberly Lawson a/k/a "Kimberly Kane"**